HAYES PAWLENKO LLP
MATTHEW HAYES (SBN 220639)
KYE PAWLENKO (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Suite 303
Pasadena, California 91101
Telephone: (626) 808-4357
Facsimile: (626) 921-4932

Attorneys for Plaintiff
PAMELA MADISON

**AKERMAN LLP**
SARAH KROLL-ROSENBAUM (SBN 272358)
sarah.kroll-rosenbaum@akerman.com
SAYAKA KARITANI (SBN 240122)
sayaka.karitani@akerman.com
NANCY SOTOMAYOR (SBN 312022)
nancy.sotomayor@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant,
ONESTAFF MEDICAL LIMITED LIABILITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MADISON, an individual on behalf of herself and others similarly situated<br><br>    Plaintiff<br><br>v.<br><br>ONESTAFF MEDICAL LIMITED LIABILITY COMPANY; and DOES 1 to 10 inclusive,,<br><br>    Defendants | Case No.  1:20−CV−01384−AWI−JLT<br><br>STIPULATION TO STAY ACTION PENDING MEDIATION; [~~PROPOSED~~] ORDER<br><br>(Doc. 29) |

1      CASE NO. 1:20−CV−01384−AWI−JLT
**STIPULATION TO STAY ACTION PENDING MEDIATION**

Plaintiff Pamela Madison ("Plaintiff") and Defendant OneStaff Medical Limited Liability Company ("Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Parties have agreed to attend private mediation on April 15 with Judge Jan Adler;

WHEREAS, the Parties wish to focus their efforts to resolve this matter without incurring further litigation costs and therefore request a stay of all proceedings and discovery pending the outcome of mediation;

WHEREAS, the deadline for Plaintiff to file her Motion for Class Certification is currently May 14, 2021 and is scheduled to be heard on August 23, 2021;

NOW, THEREFORE, the Parties through their respective attorneys of record, HEREBY STIPULATE AND REQUEST as follows:

1. This case is stayed in its entirety (including discovery) until further order of the Court;

2. All current filing and discovery deadlines are vacated; and

3. No later than 7 days after the conclusion of the mediation, the Parties shall file a joint report advising the Court of the status of the case and, if it has not resolved, proposing a case management schedule moving forward.

**IT IS SO STIPULATED**.

DATED: February 25, 2021             HAYES PAWLENKO LLP


By: /s/ Matthew Hayes
    Matthew Hayes
    Kye Pawlenko
    Attorney for Plaintiff
    Pamela Madison

DATED: February 25, 2021          AKERMAN LLP

By: /s/ Sarah Kroll-Rosenbaum
　　　Sarah Kroll-Rosenbaum
　　　Sayaka Karitani
　　　Nancy Sotomayor
　　　Attorney for Defendant
　　　ONESTAFF MEDICAL LIMITED
　　　LIABILITY COMPANY

**AKERMAN LLP**
601 WEST FIFTH STREET SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

3                               CASE NO. 1:20−CV−01384−AWI−JLT
**STIPULATION TO STAY ACTION PENDING MEDIATION**

## ~~PROPOSED~~ ORDER

Based upon the parties' Stipulation to Stay Action Pending Mediation, and good cause appearing therefore, the Court **ORDERS**:

1. This case is stayed in its entirety (including discovery) until further order of the Court;

2. All current filing and discovery deadlines are vacated; and

3. No later than 7 days after the conclusion of the mediation, the Parties shall file a joint report advising the Court of the status of the case and, if it has not resolved, proposing a case management schedule moving forward. **<u>If counsel seek more time for any deadline than currently remains, they SHALL demonstrate good cause for the additional time.</u>**

IT IS SO ORDERED.

Dated:  **February 28, 2021**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE