UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MADISON, an individual on behalf of herself and others similarly situated<br><br>    Plaintiff<br><br>v.<br><br>ONESTAFF MEDICAL LIMITED LIABILITY COMPANY; and DOES 1 to 10 inclusive,<br><br>    Defendants | Case No. 1:20−CV−01384−AWI−JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 15) |

The parties have notified the Court that the matter has settled. (Doc. 15) The plaintiff indicates she will be prepared to file the motion for preliminary approval of the class settlement within 60 days. Id.  Thus, the Court **ORDERS**:

   1.   The motion for preliminary approval of the class settlement **SHALL** be filed **no later than June 21, 2021**;

   2.   All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   __April 20, 2021__             /s/ Jennifer L. Thurston
                              CHIEF UNITED STATES MAGISTRATE JUDGE