1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAMELA MADISON, an individual on          No.  1:20-cv-01384-AWI-JLT
     behalf of herself and others similarly
12   situated,                                 ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS TO GRANT
13                 Plaintiff,                  PLAINTIFF'S MOTION FOR
                                               PRELIMINARY APPROVAL OF CLASS
14          v.                                 ACTION SETTLEMENT

15   ONESTAFF MEDICAL LIMITED                  (Doc. No. 23)
     LIABILITY COMPANY,
16
                   Defendant.
17

18

19          Plaintiff seeks preliminary approval of a class action settlement reached with OneStaff

20   Medical Limited Liability Company.  (Doc. No. 17.)  The court considered the proposed

21   settlement between the parties and the proposed class notice and documents and issued findings

22   and recommendations to grant plaintiff's motion for preliminary approval of class settlement.

23   (Doc. No. 23.)  The findings and recommendations were served on the parties and contained

24   notice that objections were due within fourteen days.  (*Id*. at 20-21.)  No objections have been

25   filed to the pending findings and recommendations, and the deadline to do so has now passed.

26          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley

27   United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of

28

                                            1

the case.  Having carefully reviewed the file, the Court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations dated July 20, 2021 (Doc. No. 23) are **ADOPTED IN FULL**;

2. Plaintiff's motion for preliminary approval of class action settlement (Doc. No. 17) is **GRANTED**;

3. The following Class is **CERTIFIED** for settlement purposes only:

   All non-exempt hourly healthcare professionals employed by OneStaff in California at any time from September 30, 2016 and September 19, 2020 who worked overtime and received hourly per diems, hourly housing allowances, and/or hourly travel allowances.

4. The following FLSA Collective is **CERTIFIED** for settlement purposes only:

   All non-exempt hourly healthcare professionals employed by OneStaff in California at any time from September 30, 2017 and September 19, 2020 who worked overtime, as defined under the FLSA, and received hourly per diems, hourly housing allowances, and/or hourly travel allowances.

5. The court finds that, for purposes of the settlement, the above-defined Class meets the requirements for class certification.  For purposes of the settlement, the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(3) are satisfied;

6. Plaintiff's counsel, Hayes Pawlenko LLP, is appointed as counsel for the class and collective;

7. Pamela Madison is appointed as the representative for the class and the collective but the request for an enhancement is **RESERVED** pending the motion for final approval of the settlement;

8. CPT Group, Inc. is appointed as the claims administrator;

9. The proposed settlement detailed herein is approved on a preliminary basis as fair and adequate;

10. Class counsel's request for fees up to 25% of the gross settlement amount and up to $15,000 in costs is **GRANTED** preliminarily, subject to counsel's

petition for fees and review at the Final Approval Hearing.  Class and collective members and their counsel may support or oppose this request, if they so desire, at the Final Approval Hearing;

11. The proposed notice is preliminarily **APPROVED**, and the parties are required to file a finalized notice with required revisions for the court's approval; and

12. The court sets a final approval and fairness hearing for October 18, 2021 at 1:30 p.m.  The parties may stipulate to a different date and time if necessary.

IT IS SO ORDERED.

Dated:   August 19, 2021

SENIOR  DISTRICT  JUDGE