# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MADISON, an individual on behalf of herself and others similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>ONESTAFF MEDICAL LIMITED LIABILITY COMPANY; and DOES 1 to 10 inclusive,<br><br>    Defendants. | Case No. 1:20−CV−01384−AWI−JLT<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE FINAL APPROVAL AND FAIRNESS HEARING<br><br>Complaint Filed: Sept. 30, 2020<br>Trial Date:      None |

Pursuant to the Joint Stipulation to Continue Final Approval and Fairness Hearing, IT IS HEREBY ORDERED THAT:

1. The final approval and fairness hearing currently scheduled for December 13, 2021 at 1:30 p.m. is hereby continued to January 24, 2022 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  November 18, 2021        _____
                                  SENIOR DISTRICT JUDGE