**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, California 91030
Tel: (626) 808-4357

Attorneys for Plaintiff
PAMELA MADISON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MADISON, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONESTAFF MEDICAL, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 1:20-CV-01384-AWI-JLT<br><br>NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:January 24, 2022<br>Time:1:30 p.m.<br>Location:Courtroom 2, 8th Floor |

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

i

**TO THE COURT, DEFENDANT ONESTAFF MEDICAL, LLC, AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 24, 2022 at 1:30 p.m. in Courtroom 2 (8th Floor) of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, Fresno, CA 93721, the Honorable Anthony W. Ishii, presiding, Plaintiff Pamela Madison ("Plaintiff") will and hereby does move the Court to grant final approval of the Joint Stipulation and Settlement Agreement and to enter the Proposed Order and Judgment lodged contemporaneously herewith.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: December 17, 2021            **HAYES PAWLENKO LLP**

                                           By:/s/Kye D. Pawlenko
                                              Attorneys for Plaintiff